IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HUGH SUTHERLAND AND KIM D. SUTHERLAND,<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL J. WATTERWORTH, AS TRUSTEE OF THE PAUL J. WATTERWORTH REVOCABLE TRUST,<br><br>Defendant. | CV 23–130–M–DLC<br><br>ORDER |

Before the Court is Defendant's unopposed request for oral argument on pending motions. (Doc. 29.) The Court does not have availability within the parties' proposed dates.

Accordingly, IT IS ORDERED that the parties shall provide proposed dates between September 17, 2024, and September 25, 2024 for the requested oral argument.

DATED this 6th day of June, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

- 1 -