IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HUGH SUTHERLAND AND KIM D. SUTHERLAND,<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL J. WATTERWORTH, AS TRUSTEE OF THE PAUL J. WATTERWORTH REVOCABLE TRUST,<br><br>Defendant. | CV 23–130–M–DLC<br><br><br>ORDER |

    This matter is set for oral argument on October 31, 2024, at 9:00 a.m. at the Russell Smith Federal Courthouse in Missoula, Montana.

    Accordingly, IT IS ORDERED that the parties shall provide the Court with enlarged copies of the relevant certificate of surveys at the time of the hearing.

    IT IS FURTHER ORDERED that the argument shall be conducted as follows: Plaintiffs shall have 30 minutes for opening argument, to be followed by 30 minutes for the Defendant. Plaintiffs shall then have 15 minutes for rebuttal, to be followed by 15 minutes for the Defendant.

    DATED this 30th day of October, 2024.

_____
Dana L. Christensen, District Judge
United States District Court